# WARREN & VULLINGS, LLP

Attorneys At Law

93 OLD YORK ROAD
SUITE 333
JENKINTOWN, PENNSYLVANIA  19046
(215) 745-9800
FAX (215) 745-7880

BRUCE K. WARREN ★
BRENT F. VULLINGS ★

★ Admitted in PA, NJ
   Admitted in NY
   Admitted in DC

NEW JERSEY OFFICE:
57 COOPER STREET
WOODBURY, NJ 08096
856-858-2488
856-858-1148 FAX

COLLEGEVILLE OFFICE:
3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PA  19426
610-489-6006
610-489-1997 FAX

August 31, 2011

**Via Fax: 718-613-2230**
**Hon. Brian M. Cogan**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   In re: Grotto v. Rubin & Rothman, LLC and Capital One Bank
      CV11-3483

Dear Judge Cogan:

  I am requesting that the Status Conference set for Tuesday, September 6, 2011 in the above matter be adjourned.  There have been no previous requests for adjournment.  Mr. Robert Arleo, Esq. will be representing Rubin & Rothman and I have agreed to extend time to file a responsive pleading in this matter through September 15th.  Mr. Arleo consents to the adjournment. Capital One has contacted me via a õlitigation specialistö in house but not through counsel at this point.

  I am a municipal public defender in Pine Hill, New Jersey and normally handle those matters on Tuesday nights.  However, the Court changed the hearing time on September 6, 2011 to a morning court and I have over twenty (20) cases.  I would prefer to adjourn the above matter rather than have to reschedule the public defender matters.  I did circulate the õDescription Letterö and a proposed Case Management Order.

  Thank you for your consideration of this request.

              Respectfully submitted,

              /s/*Bruce K. Warren*.
              Bruce K. Warren, Esq.

Cc: Robert Arleo via email
  Jason Claybrook for Capital One via email