UNITED STTES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   1:11-CV-03485 (BMC)

KRISTIN A. GROTTO,

                Plaintiff

  -against-                          NOTICE OF APPEARANCE

RUBIN & ROTHMAN, LLC   et al.,

                Defendants
-----------------------------------------------------------x

   PLEASE TALE NOTICE, that Robert L. Arleo, has been retained by and appears for the Defendant, Rubin & Rothman, LLC, in this action and that all notices and other papers therein be served on Robert L. Arleo, Esq., 164 Sunset Park Road, Haines Falls, New York  12436.

    PLEASE TAKE NOTICE that the Defendant Rubin & Rothman, LLC does not waive any jurisdictional defenses.

DATED: Haines Falls, New York
          September 5, 2011

                                        By:  / s /  *Robert L. Arleo*
                                              ROBERT L. ARLEO, ESQ.
                                              (RA 7506)
                                              164 Sunset Park Road
                                              Haines Falls, New York 12436
                                              518-589-4061
                                              Attorney for the Defendant
                                              Rubin & Rothman, LLC