Gratto v. Cap One

ED NY

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-11-3483

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Capital One Bank
was received by me on *(date)* August 5, 2011.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Jennifer Lewis, who is designated by law to accept service of process on behalf of *(name of organization)* Capital One Bank on *(date)* August 5, 2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

Bill Barker
Server's signature

Bill Barker Process Server
Printed name and title

2900 Fairfax Metro Lane
Vienna VA 22181
Server's address

Additional information regarding attempted service, etc: