IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KRISTEN A. GROTTO<br>         Plaintiff<br><br>     vs.<br><br>RUBIN & ROTHMAN, LLC<br>&<br>CAPITAL ONE BANK, (USA) N.A.<br>         Defendant | ) <br>) Civil Action No. CV-11-3483<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Kristen A. Grotto, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above without prejudice.

                    BY: /s/ Bruce K. Warren
                         Bruce K. Warren, Esquire
                         Attorney for Plaintiff
                         Warren & Vullings, LLP
                         93 Old York Road
                         Ste. 333
                         Jenkintown, PA 19046
                         215-745-9800

Date: September 14, 2011